No. 782. AMERICAN SURETY Co. OF NEW YORK *v.* BETHLEHEM NATIONAL BANK ET AL. March 31, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. George P. Williams, Jr.* for petitioner. *Messrs. George P. Barse* and *H. P. McFadden* for respondents.

No. 758. NATIONAL LABOR RELATIONS BOARD *v.* VIRGINIA ELECTRIC & POWER Co.; and

No. 759. NATIONAL LABOR RELATIONS BOARD *v.* INDEPENDENT ORGANIZATION OF EMPLOYEES OF THE VIRGINIA ELECTRIC & POWER Co. March 31, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Solicitor General Biddle* and *Mr. Robert B. Watts* for petitioner. *Messrs. T. Justin Moore* and *Stephen H. Simes* for respondent in No. 758. *Mr. Paul E. Hadlick* for respondent in No. 759.

No. 812. TEXTILE MILLS SECURITIES CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. March 31, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Edmund S. Kochersperger* for petitioner. *Solicitor General Biddle* for respondent.

No. 498. STEWART *v.* JOHNSTON. January 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. The motion for leave to file petition for writ of mandamus is also denied. *J. L. Stewart, pro se.*